CHANDLER, U. S. DISTRICT JUDGE *v.*
UNITED STATES.

No. 480.   Decided January 15, 1968.

*Thomas J. Kenan* and *Carl L. Shipley* for petitioner.
*Solicitor General Griswold* for the United States.

PER CURIAM.

Upon the respondent's suggestion of mootness and our independent examination of the papers, the petition for a writ of certiorari is granted and the judgment of the United States Court of Appeals for the Tenth Circuit is vacated.  The case is remanded to that court with instructions to dismiss the mandamus proceedings as moot.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.

BOYDEN *v.* CALIFORNIA.

No. 730, Misc.   Decided January 15, 1968.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.